# FILED

10/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0393

_____

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff and Appellee, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **APPELLANT SECOND** |
| | ) | **EXTENSION FOR** |
| JUSTIN DEAN KALINA, | ) | **APPELLANT'S OPENING BRIEF** |
| | ) | |
| Defendant and Appellant. | ) | |

Upon review of Defendant's unopposed motion for a second extension of time to file the Opening Brief in this matter and good cause therefrom;

IT IS HEREBY ORDERED that the Opening Brief shall be filed on or before November 13, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc: Attorney General
Jami Rebsom

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 12 2023